UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| JARRED MICAH LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:18-cv-54 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pursuant to Federal Rule of Civil Procedure 35(a)(2), the Court **GRANTS** Defendant's Consent Motion for Medical Examination of Plaintiff Jarred Micah Lee. Mr. Lee shall attend the examination as follows:

Time and Place of Examination

12:30pm
June 14, 2019

First Medical Advisory Group
1577 C Street, Suite 100
Anchorage, AK  99501

Manner, Conditions, and Scope of Examination

The examination shall be a clinical examination of the Plaintiff Jarred Micah Lee with emphasis on the injuries Plaintiff contends are related to the incident at issue, including but not limited to Mr. Lee's right leg, his medical history, his current

1

physical condition, his prognosis, and the course of any future treatment. The Defendant will be responsible for the cost of the examination performed by Dr. Maria Armstrong-Murphy. Plaintiff Jarred Micah Lee shall attend the appointment and cooperate in the examination, which shall last no more than one and one-half hours. Defendant shall provide Plaintiffs' counsel with a copy of Dr. Armstrong-Murphy's findings by June 30, 2019.

**Person Who Will Perform the Exam**

Dr. Maria Armstrong-Murphy, M.D.

**SO ORDERED**, this 4th day of June, 2019

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA