IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JARRED MICAH LEE,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

CIVIL ACTION NO.: 4:18-cv-54

**O R D E R**

Presently before the Court is a Stipulation of Dismissal Without Prejudice filed on May 23, 2019. (Doc. 35.) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby **DISMISSES** Third-Party Defendant USAA General Indemnity Company from this case **WITHOUT PREJUDICE**. The Clerk shall **TERMINATE** USAA General Indemnity Company as a party to this case.

**SO ORDERED**, this 1st day of July, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA