# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| JARRED MICAH LEE, | ) | |
| Plaintiff, | ) | |
| v. | ) | CV418-054 |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

# ORDER

The parties have submitted their status report and indicate their interest in a settlement conference. *See* doc. 41 at 2. Given the parties' imminent motions deadline, *see id.* (October 18, 2019), the time for scheduling such a conference is short. To avoid subjecting them to the trouble and expense of preparing civil motions when the possibility of settlement remains, that deadline is **STAYED**. The parties are **DIRECTED** to confer and submit mutually agreeable dates for the settlement conference during the week of October 28, 2019. Pending the outcome of that conference, the Court will provide the parties with an amended motions deadline, if necessary.

**SO ORDERED,** this <u>16th</u> day of October, 2019.

_/s/ Christopher L. Ray_
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA