**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

JARRED MICAH LEE,

      Plaintiff,

    v.

UNITED STATES OF AMERICA,

      Defendant.

CIVIL ACTION NO.: 4:18-cv-54

## O R D E R

Presently before the Court is the parties' Motion for Consent Dismissal. (Doc. 50.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby **GRANTS** the parties' Motion and **DISMISSES** this action with prejudice. The Clerk of Court shall **TERMINATE** all motions and deadlines and **CLOSE** this case.

**SO ORDERED**, this 19th day of February, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA